**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Miguel Angel Maciel Butanda,
Petitioner,

v.

Eric Rokosky, et al.,
Respondents.

No. CV-26-05454-PHX-SPL

**ORDER**

Pending before the Court is Petitioner's "Motion for 14-Day Extension of Time to File Amended Petition for a Writ of Habeas Corpus." (Doc. 8.) After review, the Court will grant the Motion.

Accordingly,

**IT IS ORDERED** that the Motion for 14-Day Extension of Time to File Amended Petition for a Writ of Habeas Corpus (Doc. 8) is **granted**. Petitioner must file her amended petition for a writ of habeas corpus no later than September 17, 2026.

Dated this 8th day of September, 2026.

Honorable Steven P. Logan
United States District Judge